UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

---

VICTOR ANDREWS,

    Plaintiff,

-against-

SPYBAR RESTAURANT LLC,

    Defendant.

---

Case No.: 1:19-cv-4682

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that the claims of Plaintiff, VICTOR ANDREWS, are hereby dismissed without prejudice, in their entirety, as against Defendant, SPYBAR RESTAURANT LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: August 22, 2019
      New York, New York

_____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
73 West Monroe Street
Chicago, IL 60603
Phone: (212) 465-1188

SO ORDERED:

_____
U.S.D.J.