# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Victor Andrews
        Plaintiff,

v.              Case No.: 1:19−cv−04682
              Honorable Robert W. Gettleman

Spybar Restaurant, LLC
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 22, 2019:

  MINUTE entry before the Honorable Robert W. Gettleman: On plaintiff's notice [2] and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) this case is dismissed without prejudice. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.